# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ESTES EXPRESS LINES,

    Plaintiff,

v.                                                Case No: 8:19-cv-467-CEH-AEP

COVERLEX, INC.,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on August 3, 2021 (Doc. 62). In the Report and Recommendation, Magistrate Judge Porcelli recommends that Defendant's Motion to Quash Service of Process and Set Aside Final Default Judgment (Doc. 46) be denied. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

    (1)     The Report and Recommendation of the Magistrate Judge (Doc. 62) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Defendant's Motion to Quash Service of Process and Set Aside Final Default Judgment (Doc. 46) is denied.

**DONE AND ORDERED** at Tampa, Florida on August 20, 2021.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record

2